UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DEMARRET JONES, individually and on behalf of all others similarly situated<br><br>v.<br><br>UNIVESCO, INC. | §<br>§<br>§<br>§<br>§   CIVIL NO. 4:19-CV-509-SDJ<br>§<br>§ |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order on this date, it is

**CONSIDERED, ORDERED**, and **ADJUDGED** that this case is hereby **DISMISSED with prejudice**.

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 29th day of March, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE